NO. SCWC-30707

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

SAINGOEN DAVIS, Petitioner/Plaintiff-Appellee,

vs.

NICHOLLE DAVIS, Respondent/Defendant-Appellee,

and

GARY W. VANCIL; MARK VAN PERNIS; VAN PERNIS-VANCIL,
a Law Corporation, Respondents/Defendants-Appellants.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30707; CIV. NO. 08-1-352K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Sakamoto, assigned by reason of vacancy;
with Recktenwald, C.J., dissenting)

Petitioner/Plaintiff-Appellee's application for writ of

certiorari filed on June 1, 2012, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 16, 2012.

| | |
|---|---|
| James J. Bickerton for petitioner | /s/ Paula A. Nakayama |
| | /s/ Simeon R. Acoba, Jr. |
| Keith K. Hiraoka, James Shin and Jodie D. Roeca for respondent Gary W. Vancil, Mark Van Pernis and Van Pernis-Vancil, a Law Corporation | /s/ Sabrina S. McKenna |
| | /s/ Karl K. Sakamoto |

